**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10   Melina Razavi,                      NO. C 05-05298 JW
                                         NO. C 06-00473 JW
11           Plaintiff,                  NO. C 08–05552 PVT

12       v.                             **ORDER FINDING CASES NOT RELATED**

13   Melissa Razavi, et al.,

14           Defendants.
     —————————————————————————/
15   Kurt Haefer, et al.,

16           Defendants.
     —————————————————————————/
17
     Alex Nguyen, et al.,
18
             Defendants.
19   —————————————————————————/

20           Presently before the Court is a judicial referral to consider whether <u>Razavi v. Nguyen</u>, C 08-

21   05552 PVT is related to <u>Razavi v. Razavi</u>, C 05-5298 JW and <u>Razavi v. Haefer</u>, C 06-00473 JW.

22           Pursuant to Civ. L.R. 3-12(a), cases are related where (1) the actions concern substantially

23   the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly

24   burdensome duplication of labor and expense or conflicting results if the cases are conducted before

25   different judges.

26           Although the parties in each case overlap to the extent that Melina Razavi has brought each

27   of them, <u>Razavi v. Nguyen</u> concerns a different set of defendants.  Further, the Complaint in <u>Razavi</u>

28   <u>v. Nguyen</u> concerns factual allegations that are entirely independent and distinct from the

transactions and events at issue in the <u>Razavi v. Razavi</u> and <u>Razavi v. Haefer</u> cases.  Thus, it is not likely there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Accordingly, the Court finds that <u>Razavi v. Nguyen</u>, C 08-05552 PVT is not related to <u>Razavi v. Razavi</u>, C 05-5298 JW or <u>Razavi v. Haefer</u>, C 06-00473 JW.

Dated:  February 10, 2009

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Melina Razavi
4501 Snell Avenue
Apt. #2804
San Jose, CA 95136

**Dated:  February 10, 2009**                              **Richard W. Wieking, Clerk**

                                                        **By:      /s/ JW Chambers                        **
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**

United States District Court
For the Northern District of California