IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melina Razavi, | NO. C 06-00473 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Kurt Haefer, et al., | |
| Defendants. | |

Pursuant to the Court's March 25, 2009 Order of Dismissal Pursuant to Fed. R. Civ. 4(m) and 41(b), judgment is entered in favor of Defendants, Kurt Haefer, Sanjay Kurahi, Kimberle Carlson, Lynn Ngo, Lester Cordes, Betty Barthelomew, Juddy Neff, Valley Medical Center Hospital, Gary Pasternak, Ruth Bertsel, against Plaintiff Melina Razavi.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: March 25, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Melina Razavi
4501 Snell Avenue
Apt. #2804
San Jose, CA 95136

**Dated: March 25, 2009**					**Richard W. Wieking, Clerk**

								**By:        /s/ JW Chambers						
									Elizabeth Garcia
									Courtroom Deputy**